United States District Court
Middle District of Florida
Jacksonville Division

**AVERY M. MCKNIGHT,**

    *Plaintiff,*

v.                                    NO. 3:19-CV-717-TJC-PDB

**CHAD POPPELL ET AL.,**

    *Defendants.*

# Order

G. Thomas Harper, Esquire, the mediator in this case, asks to be added to the service list to receive copies of filings in the case. Doc. 57. He explains the parties recently attended mediation and reached an impasse but may continue settlement talks after a deposition and dispositive motions, and he would like to monitor any filings to be prepared to help resolve the case. Doc. 57 at 1. No party has any opposition. Doc. 57 at 1.

With no opposition and for the reasons stated in the motion, the Court **grants** the motion, Doc. 57, and directs the clerk to add Mr. Harper to the service list to receive future filings.

**Ordered** in Jacksonville, Florida, on April 28, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:   Counsel of record

   G. Thomas Harper, Esquire
   1912 Hamilton Street
   Suite 205
   Post Office Box 2757
   Jacksonville, FL 32203